Dismissed and Memorandum Opinion filed August 31, 2006








Dismissed
and Memorandum Opinion filed August 31, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00860-CV

____________

 

PATSY SMITH, Individually and on
Behalf of the Heirs and Beneficiaries of ELEANOR STERLING GREEN MOORE,
Appellant

 

V.

 

MARINER HEALTH CARE OF NASHVILLE,
INC., MARINER POST-ACUTE NETWORK, INC., LIVING CENTERS OF TEXAS, INC., and LCA
OPERATIONAL HOLDING CO., Appellees

 



 

On Appeal from the 400th District Court

Fort Bend County,
Texas

Trial Court Cause No. 02-CV-127471

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 19, 2004.  On August 24, 2006, appellant
filed a motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
31, 2006.

Panel consists of Justices Hudson, Frost, and Seymore.